Diane H. **HEITZ**, Respondent,

v.

**PAR 30 RESTAURANT & LOUNGE, INC. and State Fund Mutual Insurance Company, Relators,**

and

**Blue Cross/Blue Shield of Minnesota, Intervenor.**

No. C3–00–322.

Supreme Court of Minnesota.

May 2, 2000.

Andrew W. Lynn, Lynn, Scharfenberg & Associates, Minneapolis, for relator.

Kenneth N. Potts, Wayzata, for respondent.

Jane McMahon, Blue Cross/Blue Shield, St. Paul, for intervenor.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed February 3, 2000, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:

J E Lancaster

Associate Justice